RECEIVED
MAY 31 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION :
:
VS. : C.A. NO. 06-212T
:
TECHNOLOGY RESEARCH CORPORATION :

**STIPULATION**

Pursuant to Local Rule CV 29(b), the parties hereby agree that the time within which Defendant, Technology Research Corporation, shall file its response to Plaintiff, Tower Manufacturing Corporation's, complaint is hereby extended up to and including June 14, 2006.

TOWER MANUFACTURING CORPORATION

By its Attorneys,

Bruce W. Gladstone
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787
bgladstone@cm-law.com

Of Counsel:

Thomas F. Holt, Jr.
John J. Cotter, Esq.
Jason P. Fiorillo, Esq.
Kirkpatrick & Lockhart Nicholson Grahm LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

TECHNOLOGY RESEARCH CORPORATION

By its Attorneys,

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
wgrimm@haslaw.com

Of Counsel:

William E. Bergmann
Baker & Hostetler LLP
Washington Square, Suite 110
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

ENTER:

_________________________

717862v1 6/7/06