Case 1:06-cv-00212-T-DLM Document 9 Filed 08/10/2006 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Tower Manufacturing Corp.
Plaintiff(s)

v.

Dkt. No. 06-212-T-DLM

Technology Research Corp.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Technology Research Corp. hereby moves that William C. Bergmann be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Technology Research Corp.
(~~Plaintiff~~/Defendant)

By: William R. Grimm
Bar ID No.: 1938
Hinckley, Allen & Snyder, LLP
Address: 50 Kennedy Plaza, Providence, RI 02903

DATED: August 10, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Pennsylvania and the District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) * U.S. Court of Appeals, Federal Circuit and my eligibility to practice before those courts has not been restricted in any way.

* U.S. District Courts of Maryland, and the District of Columbia

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

W C Bergmann
Signature of *Pro Hac Vice* Applicant

William C. Bergmann — 58886
Print Name — State Bar ID #

Baker & Hostetler, LLP
Firm Name

Washington Square, Suite 1100, 1050 Connecticut Ave., NW
Business Address

Washington, DC 20036

202-861-1500 — 202-861-1783
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/William R. Grimm
Signature of Local Counsel

William R. Grimm 1938
Print Name R.I. Bar ID #

Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Firm and Business Address
Providence, RI 02903

401-274-2000 401-277-9600
Tel. # Fax #

---

**ORDER**

This motion is hereby Granted

Ernest C Torres / D
District Judge

Date: 8/29/06