UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY RESEARCH CORPORATION,<br><br>Defendant. | Civil Action No. 06-212-T-DLM<br><br>September 1, 2006 |

## NOTICE OF APPEARANCE

I, Mitchell R. Edwards, hereby enter my appearance on behalf of the Defendant, Technology Research Corporation.

Respectfully submitted,

/s/Mitchell R. Edwards

William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
wgrimm@haslaw.com
medwards@haslaw.com

Counsel for Defendant
Technology Research Corporation

William C. Bergman
Kenneth J. Sheehan
Conrad J. DeWitte, Jr.
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
Washington, DC 20036
Phone: 202-861-1500
wbergmann@bakerlaw.com
ksheehan@bakerlaw.com
cdewitte@bakerlaw.com

Dated: August 31, 2006

**Certificate of Service**

I hereby certify that on September 1, 2006, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Mitchell R. Edwards

William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
wgrimm@haslaw.com
medwards@haslaw.com