IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v. Civil Action No. 06-212-T-DLM

TECHNOLOGY RESEARCH CORPORATION,

Defendant.

**ORDER DENYING**
**PLAINTIFF TOWER MANUFACUTURING CORPORATION'S**
**MOTION FOR A MORE DEFINITE STATEMENT**

This matter was heard on September 7, 2006, before Magistrate Judge David L. Martin on plaintiff Tower Manufacturing Corporation's Motion for a More Definite Statement.

For the reasons stated in his bench decision, it is hereby

ORDERED:

1. Plaintiff, Tower Manufacturing Corporation's Motion for a More Definite Statement is denied.

ENTERED AS AN ORDER of this Court this 11th day of September, 2006.

ENTER:

David L Martin
USMJ
9-11-06

PER ORDER:

[signature]