IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>TECHNOLOGY RESEARCH CORPORATION,<br><br>Defendant. | Civil Action No. 06-212-T-DLM |

**PLAINTIFF TOWER MANUFACTURING CORPORATION'S AND DEFENDANT TECHNOLOGY RESEARCH CORPORATION'S JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONSES TO DISCOVERY REQUESTS**

Plaintiff Tower Manufacturing Corporation ("Tower") and Defendant Technology Research Corporation ("TRC") stipulate jointly for a two week extension of time for responses to discovery requests. Thus, TRC's responses to Tower's interrogatories and document requests will be due on September 25, 2006. Tower's responses to TRC's interrogatories and document requests will be due on September 28, 2006.

Dated: September 13, 2006

Respectfully submitted,

DEFENDANT
TECHNOLOGY RESEARCH CORPORATION,

By its attorneys:

/S/
William C. Bergmann
Kenneth J. Sheehan
Conrad J. DeWitte, Jr.
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel.: 202-861-1500
Fax: 202-861-1783
wbergmann@bakerlaw.com
ksheehan@bakerlaw.com
bmathis@bakerlaw.com

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

/S/Bruce W. Gladstone

Bruce W. Gladstone, #2781
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

John J. Cotter
*pro hac vice*
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served by facsimile and U.S. Mail, postage prepaid, this 13th day of September, 2006, upon:

William C. Bergmann
Kenneth J. Sheehan
Conrad J. DeWitte, Jr.
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202-861-1500
Facsimile: 202-861-1783
wbergmann@bakerlaw.com
ksheehan@bakerlaw.com
bmathis@bakerlaw.com

William R. Grimm
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: 401-274-2000
Facsimile: 401-277-9600
wgrimm@haslaw.com

ATTORNEYS FOR DEFENDANT
TECHNOLOGY RESEARCH CORP.

/S/
Bruce W. Gladstone, Esquire

H:\ARCHIVE\nbd\SHAL028123\Technology Research\BOS-#1004673-v1-Tower_v__TRC_(RI)_STIP_to_Ext__DISC__RESP.DOC