UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION
Plaintiff(s)

v. Dkt. No. 06-212-T-DLM

TECHNOLOGY RESEARCH CORPORATION
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant TOWER MANUFACTURING CORPORATION hereby moves that Larissa S. Bifano be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

TOWER MANUFACTURING CORPORATION
(Plaintiff/Defendant)

By: Bruce W. Gladstone
Bar ID No.: 2643
Cameron & Mittleman LLP, 56 Exchange Terrace Address: Providence, Rhode Island 02903

DATED: ____

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts ____ and of the following Federal District Court and/or Court of Appeals Bar(s) ____, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Larissa Bifano
Signature of *Pro Hac Vice* Applicant

Larissa S. Bifano — 663105
Print Name — State Bar ID #

Kirkpatrick & Lockhart Nicholson Graham LLP
Firm Name

State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950
Business Address

(617) 261-3100 — (617) 261-3175
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Bruce W. Gladstone — 2643
Print Name — R.I. Bar ID #

CAMERON & MITTLEMAN LLP
Firm and Business Address
56 Exchange Terrace
Providence, RI 02903

Tel. # 401-331-5700 Fax # 401-331-5787

---

**ORDER**

This motion is hereby ____________________

____________________
District Judge

Date:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiffs,<br>v.<br>TECHNOLOGY RESEARCH CORPORATION<br>Defendant. | Docket No.: 06-212-T-DLM |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**

***PRO HAC VICE* OF LARISSA S. BIFANO**

I, Larissa S. Bifano, declare that:

1. My office address and contact information are:

Kirkpatrick & Lockhart Nicholson Graham, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Facsimile: (617) 261-3175
Email: lbifano@klng.com

2. I have been admitted to and remain in good standing before the bars of the following State Courts and United States Courts:

| | |
|---|---|
| Commonwealth of Massachusetts | 2005 |
| United States District Court for the District of Massachusetts | 2006 |

I have not been admitted pro hac vice for prior actions pending in the District of Rhode Island.

3. I have not been denied admission by this court or any other court. I have not been disciplined by this court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2006

Larissa S. Bifano (Mass Bar ID #663105)

CERTIFICATION

The undersigned hereby certifies that on the 21st day of September, 2006, a copy of the foregoing was delivered via electronic transmission to William R. Grimm, Esquire, Hinckley, Allen & Snyder LLP, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island 02903; and by first class mail, postage prepaid to William C. Bergmann, Baker & Hostetler LLP, Washington Square, Suite 400, 1050 Connecticut Avenue, N.W., Washington, DC 20036.

Patricia E. Carrier

H:\ARCHIVE\nbd\SHALO28123\Technology Research\cert.doc