# ATTACHMENT 2

Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax: 617.261.3175

# FAX

| | |
|---|---|
| Date • | August 15, 2006 |
| Pages • | 2 |
| Time • | |
| Transmit To • | William C. Bergmann |
| Company/Firm • | Baker & Hostetler LLP |
| Telephone No. • | 202-861-1500 |
| Fax No. • | **202-861-1783** |
| From • | Larissa S. Bifano |
| Phone • | 617.951.9139 |
| Secretary • | Michael A. Sennett |
| Phone • | 617.261.3236 |
| Attorney No. • | |
| Client/Matter Name | Tower v. TRC |
| Client ID/Matter No. • | 0522045/0103 |

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT:** The materials transmitted by this facsimile are sent by an attorney or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **617.951.9140 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 617.951.9140.**

BOS-995744 v1

Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

August 15, 2006

Larissa S. Bifano
617.951.9139
Fax: 617.261.3175
lbifano@klng.com

**Via Fax and First Class Mail**

William C. Bergmann
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: Tower Manufacturing Corporation v. Technology Research Corporation
Case No. 06-212-T-DLM

Dear Bill:

I write in response to your letter of August 14, 2006. Please note that while at this point we are under no obligation to provide you with the level of detail you have requested, we are providing the following response to your request. Tower presently expects to assert the infringement by TRC of at least one or more of the following claims of the '199 patent: claims 1, 3, 4 and 6. Additionally, Tower reserves the right to assert the infringement of claims 2 and 7 of the '199 patent, pending discovery.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Larissa S. Bifano

Larissa S. Bifano

cc: Conrad J. DeWitte, Jr., Esq.
Bruce W. Gladstone, Esq.
John J. Cotter, Esq.
Thomas A. Turano, Esq.