# EXHIBIT B

Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

October 20, 2006

Larissa S. Bifano
617.951.9139
Fax: 617.261.3175
lbifano@klng.com

**Via Email and First Class Mail**

Conrad J. DeWitte
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: Tower Manufacturing Corporation v. Technology Research Corporation
Case No. 06-212-T-DLM

Dear Conrad:

This letter confirms our telephone conversation of October 20, 2006. I had previously phoned you on October 19, 2006, when you had neglected to supplement your discovery responses by October 18, 2006, as requested in my October 11, 2006 letter. During our telephone conversation today you indicated that you had not yet reviewed my October 11, 2006 letter and could not respond to it without further consultation with William Bergmann, who was absent from his office today.

I look forward to speaking with you about the subject of my October 11, 2006 letter on Monday, October 23, 2006 at 10:00 a.m.

Kind regards,

Larissa S. Bifano

cc: William C. Bergmann
William Grimm
Thomas A. Turano
John J. Cotter