# EXHIBIT C

PROTO, STAY

**U.S. District Court**
**District of Kansas (Kansas City)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-02244-CM-JPO**

ScriptPro LLC v. Wal-Mart Stores Inc
Assigned to: District Judge Carlos Murguia
Referred to: Magistrate Judge James P. O'Hara
Cause: 35:271 Patent Infringement

Date Filed: 06/13/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**ScriptPro LLC**

represented by **Brian C. Fries**
Lathrop & Gage, LC - KC
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
816-292-2000
Fax: 816-292-2001
Email: bfries@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald M. Kraai**
Lathrop & Gage, LC - KC
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
913-451-5164
Fax: 913-451-0875
Email: gkraai@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Beeler**
Lathrop & Gage, LC - OP
Corporate Woods, Building 82
10851 Mastin, Suite 1000
Overland Park, KS 66210-1669
913-451-5100
Fax: 913-451-0875
Email: rsbeeler@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wal-Mart Stores Inc**

represented by **David A. Roodman**

Bryan Cave LLP - St.Louis
One Metropolitan Square
211 North Broadway-Ste. 3600
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email: daroodman@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel E. Gore**
Bryan Cave LLP - St.Louis
One Metropolitan Square
211 North Broadway-Ste. 3600
St. Louis, MO 63102
314-259-2681
Fax: 314-552-8681
Email: gabriel.gore@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan J. Redmond**
Bryan Cave LLP - KC
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
816-374-3326
Fax: 816-374-3300
Email:
megan.redmond@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Lancaster**
Bryan Cave LLP - St.Louis
One Metropolitan Square
211 North Broadway-Ste. 3600
St. Louis, MO 63102
314-259-2207
Fax: 314-259-2020
Email: rglancaster@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Thompson**
Bryan Cave LLP - KC
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
816-374-3200

Fax: 816-374-3300
Email: rmthompson@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2005 | 1 | COMPLAINT (No summons issued) filed by ScriptPro LLC.(jb) (Entered: 06/14/2005) |
| 06/13/2005 | 2 | DESIGNATION OF PLACE OF TRIAL filed by Plaintiff ScriptPro LLC - trial to be held in Kansas City, KS. (jb) (Entered: 06/14/2005) |
| 06/14/2005 | | FILING FEE PAID: in the amount of $250.00, receipt number 108630 (jb) (Entered: 06/14/2005) |
| 06/16/2005 | 3 | ORDER OF RECUSAL. Judge Kathryn H. Vratil recused. Case reassigned to Judge Carlos Murguia for all further proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry)(ls) (Entered: 06/16/2005) |
| 08/12/2005 | | Summons Issued as to Wal-Mart Stores Inc. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (kao) (Entered: 08/12/2005) |
| 08/18/2005 | 4 | NOTICE of Acceptance of Service of Complaint by Wal-Mart Stores Inc re 1 Complaint (Thompson, Robert) (Entered: 08/18/2005) |
| 09/07/2005 | 5 | ANSWER to Complaint *and Affirmative Defenses* by Wal-Mart Stores Inc.(Redmond, Megan) (Entered: 09/07/2005) |
| 09/08/2005 | 6 | ORDER SETTING SCHEDULING CONFERENCE:Telephone Scheduling Conference set for 10/14/2005 at 9:00 AM before Magistrate Judge James P. O'Hara. Report of Parties Planning Meeting deadline 10/4/2005. Signed by Magistrate Judge James P. O'Hara on 9/8/2005. (kg) (Entered: 09/08/2005) |
| 10/14/2005 | 7 | SCHEDULING ORDER: SEE ORDER FOR ALL SCHEDULED DEADLINES AND HEARINGS. Signed by Magistrate Judge James P. O'Hara on 10/14/2005. (kg) (Entered: 10/14/2005) |
| 10/14/2005 | | Minute Entry for proceedings held before Magistrate Judge James P. O'Hara : Scheduling Conference held on 10/14/2005 (TEXT ENTRY FOR STATISTICAL PURPOSES ONLY. There is no.pdf document associated with this entry) (kg) (Entered: 10/14/2005) |
| 10/17/2005 | 8 | ENTRY OF APPEARANCE by Gerald M. Kraai on behalf of ScriptPro LLC (Kraai, Gerald) (Entered: 10/17/2005) |
| 10/20/2005 | 9 | CERTIFICATE OF SERVICE by ScriptPro LLC *of Interrogatories 1-9 to Wal-Mart and Document Requests 1-30 to Wal-Mart*. (Kraai, Gerald) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| 10/21/2005 | 10 | MOTION for attorney David A. Roodman to appear pro hac vice by Defendant Wal-Mart Stores Inc (Attachments: # 1 Affidavit David A. Roodman)(Redmond, Megan) (Entered: 10/21/2005) |
| 10/21/2005 | 11 | MOTION for attorney Gabriel E. Gore to appear pro hac vice by Defendant Wal-Mart Stores Inc (Attachments: # 1 Affidavit Gabriel E. Gore)(Redmond, Megan) (Entered: 10/21/2005) |
| 10/21/2005 | 12 | MOTION for attorney Robert G. Lancaster to appear pro hac vice by Defendant Wal-Mart Stores Inc (Attachments: # 1 Affidavit Robert G. Lancaster)(Redmond, Megan) (Entered: 10/21/2005) |
| 10/21/2005 | 13 | ENTRY OF APPEARANCE by Robert M. Thompson on behalf of Wal-Mart Stores Inc (Thompson, Robert) (Entered: 10/21/2005) |
| 10/24/2005 | | PRO HAC VICE FEE PAID: On 10/24/2005 in the amount of $150.00 re: 11 MOTION for attorney Gabriel E. Gore to appear pro hac vice, 12 MOTION for attorney Robert G. Lancaster to appear pro hac vice, 10 MOTION for attorney David A. Roodman to appear pro hac vice. Receipt Number 110589. (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (kao) (Entered: 10/24/2005) |
| 10/24/2005 | 14 | ORDER granting 10, 11, and 12 Motions to Appear Pro Hac Vice. Attorneys David A. Roodman, Gabriel E. Gore, and Robert G. Lancaster are granted leave to appear pro hac vice on behalf of Wal-Mart Stores, Inc.. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a registration form at www.ksd.uscourts.gov/features/forms/pdfforms/efilereg.pdf. Ordered by MagistrateJudge James P. O'Hara on 10/24/05.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mg) (Entered: 10/24/2005) |
| 11/01/2005 | 15 | Joint MOTION for Protective Order by Defendant Wal-Mart Stores Inc (Attachments: # 1 Exhibit Stipulated Protective Order)(Redmond, Megan) (Entered: 11/01/2005) |
| 11/03/2005 | 16 | PROTECTIVE ORDER and ORDER granting 15 Motion for Protective Order. Signed by MagistrateJudge James P. O'Hara on 11/3/2005. (kg) (Entered: 11/03/2005) |
| 11/04/2005 | 17 | CERTIFICATE OF SERVICE by Wal-Mart Stores Inc *Wal-Mart Stores, Inc's First Request for Production of Documents and Things to ScriptPro LLC*. (Redmond, Megan) (Entered: 11/04/2005) |
| 11/08/2005 | 18 | CERTIFICATE OF SERVICE by Wal-Mart Stores Inc *Wal-Mart Stores, Inc.'s First Set of Interrogatories to ScriptPro LLC*. (Redmond, Megan) (Entered: 11/08/2005) |
| 12/01/2005 | 19 | ENTRY OF APPEARANCE by Brian C. Fries on behalf of ScriptPro LLC (Fries, Brian) (Entered: 12/01/2005) |
| 12/02/2005 | 20 | CERTIFICATE OF SERVICE by ScriptPro LLC *of Initial Disclosures*. |

| | | |
|---|---|---|
| | | (Kraai, Gerald) (Entered: 12/02/2005) |
| 12/02/2005 | 21 | CERTIFICATE OF SERVICE by Wal-Mart Stores Inc. (Redmond, Megan) (Entered: 12/02/2005) |
| 12/09/2005 | 22 | CERTIFICATE OF SERVICE by ScriptPro LLC *of Answers to Wal-Mart's First Interrogatories and Responses to Wal-Mart's First Document Requests*. (Kraai, Gerald) (Entered: 12/09/2005) |
| 12/12/2005 | 23 | CERTIFICATE OF SERVICE by Wal-Mart Stores Inc *Rule 26(a)(1) Initial Disclosures*. (Redmond, Megan) (Entered: 12/12/2005) |
| 12/29/2005 | 24 | Joint MOTION for extension of time *to File Motion to Compel Under Loca Rule 37.1(b)* by Plaintiff ScriptPro LLC(Kraai, Gerald) (Entered: 12/29/2005) |
| 01/03/2006 | 25 | ORDER granting 24 Joint Motion for Extension of Time. That is, the court hereby grants the parties' joint motion for an extension of time to file motions to compel regarding the interrogatories and document requests that were served on December 2, 2005 and December 9, 2005. Plaintiff ScriptPro shall file such motion no later than January 17, 2006 and defendant Wal-Mart shall file such motion no later than January 23, 2006. Signed by Magistrate Judge James P. O'Hara on 01/03/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (sl) (Entered: 01/03/2006) |
| 01/05/2006 | 26 | CERTIFICATE OF SERVICE of ScriptPro Supplemental Answers to Wal-Mart's First Interrogatories by ScriptPro LLC. (Kraai, Gerald) (Entered: 01/05/2006) |
| 01/13/2006 | 27 | JOINT MOTION for extension of time *OF DISCOVERY MOTION DEADLINE UNDER TO LOCAL RULE 37.1(b)* by Defendant Wal-Mart Stores Inc.(Redmond, Megan) (Entered: 01/13/2006) |
| 01/17/2006 | 28 | ORDER granting 27 joint motion for extension of the deadlines to file motions to compel. Signed by Magistrate Judge James P. O'Hara on 1/17/06. (mt, ) (Entered: 01/17/2006) |
| 01/23/2006 | 29 | CERTIFICATE OF SERVICE of ScriptPro Supplemental Responses to Wal-Mart First Document Requests by ScriptPro LLC. (Kraai, Gerald) (Entered: 01/23/2006) |
| 01/31/2006 | 30 | MOTION to Compel *Discovery* by Plaintiff ScriptPro LLC (Attachments: # 1 Exhibit Attachment A Wal-Mart Ansers to Interrogatories# 2 Exhibit Attachment B Wal-Mart Responses to Document Requests# 3 Exhibit ScriptPro 1-5-06 Letter to Wal-Mart Counsel# 4 Exhibit Attachment D ScriptPro 1-23-06 Letter to Wal-Mart Counsel)(Kraai, Gerald) (Entered: 01/31/2006) |
| 02/06/2006 | 31 | MOTION for extension of time *of Discovery Motion Deadline under Local Rule 37.1(b)* by Defendant Wal-Mart Stores Inc(Redmond, Megan) (Entered: 02/06/2006) |
| 02/07/2006 | 32 | Order granting the unopposed motion 31 of defendant Wal-Mart for an |

| | | |
|---|---|---|
| | | extension to February 20, 2006, to file a motion to compel. Signed by Magistrate Judge James P. O'Hara on 2/7/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mt, ) (Entered: 02/07/2006) |
| 02/09/2006 | 33 | RETURN OF SERVICE of subpoena(s) filed by Defendant Wal-Mart Stores Inc executed upon Christopher J. Thomsen on 02/09/06 by Personal Service (Redmond, Megan) (Entered: 02/09/2006) |
| 02/14/2006 | 34 | CERTIFICATE OF SERVICE of ScriptPro's 2nd Supplemental Response to Wal-Mart Requests for Production of Documents by ScriptPro LLC. (Kraai, Gerald) (Entered: 02/14/2006) |
| 02/14/2006 | 35 | MOTION to Withdraw 30 MOTION to Compel *Discovery (Conditional)* by Plaintiff ScriptPro LLC (Attachments: # 1 Exhibit A# 2 Exhibit B) (Kraai, Gerald) (Entered: 02/14/2006) |
| 02/14/2006 | 36 | ORDER granting plaintiff's motion to withdraw 35 its motion to compel 30. Signed by Magistrate Judge James P. O'Hara on 2/14/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mt, ) (Entered: 02/14/2006) |
| 02/16/2006 | 37 | RETURN OF SERVICE of subpoena(s) filed by Defendant Wal-Mart Stores Inc executed upon Thomas Luebbering/Hovey Williams on 02/16/05 by Personal Service (Redmond, Megan) (Entered: 02/16/2006) |
| 02/21/2006 | 38 | MOTION for extension of time *WAL-MART'S MOTION FOR SECOND EXTENSION OF DISCOVERY MOTION DEADLINE UNDER LOCAL RULE 37.1(b)* by Defendant Wal-Mart Stores Inc (Redmond, Megan) (Entered: 02/21/2006) |
| 02/21/2006 | 39 | Order granting the unopposed motion 38 of defendant Wal-Mart for an extension to February 28, 2006, to file a motion to compel. Signed by Magistrate Judge James P. O'Hara on 2/21/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mt, ) (Entered: 02/21/2006) |
| 02/27/2006 | 40 | MOTION for Leave to file Amended Answer, Affirmative Defenses and Counterclaim by Defendant Wal-Mart Stores Inc (Attachments: # 1 Exhibit A) (Redmond, Megan) (Entered: 02/27/2006) |
| 02/27/2006 | 41 | MEMORANDUM IN SUPPORT of 40 MOTION for Leave to file Amended Answer, Affirmative Defenses and Counterclaim by Defendant Wal-Mart Stores Inc(Redmond, Megan) (Entered: 02/27/2006) |
| 02/27/2006 | 42 | ORDER regarding 40 Motion for Leave. That is, the court hereby expedites the deadline for plaintiff to file a response to defendant's motion for leave to file an amended answer, affirmative defenses, and counterclaim to 3/3/06. Any reply shall be filed by 3/8/06. Signed by Magistrate Judge James P. O'Hara on 2/27/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (O'Hara, James) (Entered: 02/27/2006) |
| 02/28/2006 | 43 | Third MOTION for extension of time *Wal-Mart's Third Motion for* |

| | | |
|---|---|---|
| | | *Extension of Discovery Motion Deadline Under Local Rule 37.1(b)* by Defendant Wal-Mart Stores Inc (Redmond, Megan) (Entered: 02/28/2006) |
| 02/28/2006 | 44 | Order: For good cause shown, and without awaiting a response from plaintiff, the court grants defendant Wal-Mart's motion 43 for an extension to March 7, 2006, to file a motion to compel. Signed by Magistrate Judge James P. O'Hara on 2/28/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mt, ) (Entered: 02/28/2006) |
| 03/03/2006 | 45 | RESPONSE by Plaintiff ScriptPro LLC re 40 MOTION for Leave to file Amended Answer, Affirmative Defenses and Counterclaim (Kraai, Gerald) (Entered: 03/03/2006) |
| 03/03/2006 | 46 | MOTION to Stay *Case Pending Reexamination of '485 Patent* by Plaintiff ScriptPro LLC (Kraai, Gerald) (Entered: 03/03/2006) |
| 03/03/2006 | 47 | MEMORANDUM IN SUPPORT of 46 MOTION to Stay *Case Pending Reexamination of '485 Patent* by Plaintiff ScriptPro LLC(Kraai, Gerald) (Entered: 03/03/2006) |
| 03/08/2006 | 48 | REPLY to Response to Motion by Defendant Wal-Mart Stores Inc re: 40 MOTION for Leave to file Amended Answer, Affirmative Defenses and Counterclaim (Redmond, Megan) (Entered: 03/08/2006) |
| 03/09/2006 | 49 | ORDER granting [doc. 40] Motion. In its response [doc. 45], plaintiff states that it does not oppose defendant's motion and accordingly the court grants the motion on that basis. Defendant shall file its amended answer by 3/17/06. Signed by Magistrate Judge James P. O'Hara on 3/9/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (O'Hara, James) (Entered: 03/09/2006) |
| 03/17/2006 | 50 | MEMORANDUM in Opposition by Defendant Wal-Mart Stores Inc re 46 MOTION to Stay *Case Pending Reexamination of '485 Patent* (Redmond, Megan) (Entered: 03/17/2006) |
| 03/20/2006 | 51 | SUPPLEMENT to 50 Memorandum in Opposition to Motion *to Stay Case Pending Re-examination* by Defendant Wal-Mart Stores Inc. (Attachments: # 1 Exhibit Excerpts from C. Thomsen's Deposition) (Redmond, Megan) (Entered: 03/20/2006) |
| 03/27/2006 | 52 | MEDIATION MINUTE ORDER - The undersigned magistrate judge has reviewed the confidential settlement reports submitted by the parties' attorneys. At this juncture, it does not appear that mediation or any other form of alternative dispute resolution would be productive, and therefore no ADR is ordered. The court, however, probably will revisit this subject later in the case. Signed by Magistrate Judge James P. O'Hara on 3/27/2006.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(O'Hara, James) (Entered: 03/27/2006) |
| 03/31/2006 | 53 | REPLY to Response to Motion by Plaintiff ScriptPro LLC re: 46 MOTION to Stay *Case Pending Reexamination of '485 Patent* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit 1 Request for Reexamination# 2 Exhibit Exhibit 2 Thomsen Depo Excerpts# 3 Exhibit Baum US Patent 4918604# 4 Exhibit Coughlin US 6155485# 5 Exhibit Coughlin US 6318630)(Kraai, Gerald) (Entered: 03/31/2006) |
| 04/26/2006 | 54 | Joint MOTION for extension of time *Stipulated Joint Motion for Extension of all Pending Deadlines* by Defendant Wal-Mart Stores Inc (Redmond, Megan) (Entered: 04/26/2006) |
| 05/01/2006 | 55 | ORDER granting in part and denying in part 54 Stipulated Joint Motion for Extension of All Pending Deadlines. That is, as informally agreed to by the parties, all pending deadlines are hereby extended until the court rules on the pending motion to stay (doc. 46). Additionally, the court will convene a telephone status conference on August 8, 2006 at 1:30 p.m. Upon a ruling on the motion to stay, or in any event no later than July 27, 2006, the parties shall report to chambers via email as to the status of the case and their proposed discovery schedule. Signed by Magistrate Judge James P. O'Hara on 5/1/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sl) (Entered: 05/01/2006) |
| 07/27/2006 | 56 | ORDER: Telephone Status Conference reset from 8/8/06 to 10/10/2006 at 10:30 AM before Magistrate Judge James P. O'Hara. The court will initiate the conference call. Signed by Magistrate Judge James P. O'Hara on 7/27/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mt, ) (Entered: 07/27/2006) |
| 08/08/2006 | 57 | MEMORANDUM AND ORDER granting 46 Motion to Stay Case pending re-examination of Patent In Suit . Signed by Judge Carlos Murguia on 8/8/06. (yh, ) (Entered: 08/08/2006) |
| 09/01/2006 | 58 | STATUS REPORT ORDER -- On 8/29/2006, as contemplated by the Memorandum and Order filed on 8/8/2006 by the Hon. Carlos Murguia, U.S. District Judge, the parties' attorneys reported via email that, on 8/25/2006, the U.S. Patent Office granted plaintiff's request for ex parte reexamination based upon a finding that there are substantial questions regarding the patentability of all of the claims. Counsel shall submit another status report via email to the chambers of the undersigned U.S. Magistrate Judge, James P. O'Hara, within 11 days after the Patent Office's reexamination ruling, or 4/2/2007, whichever occurs earlier. Signed by Magistrate Judge James P. O'Hara on 9/1/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (O'Hara, James) (Entered: 09/01/2006) |
| 09/01/2006 | 59 | SCHEDULING ORDER: The status conference that was previously scheduled for 10/10/2006 at 10:30 a.m. is hereby cancelled. Signed by Magistrate Judge James P. O'Hara on 9/1/06.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(O'Hara, James) (Entered: 09/01/2006) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/27/2006 07:51:20 | | | |
| **PACER Login:** | ws0015 | **Client Code:** | 0522045.0104 |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02244-CM-JPO |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |