# EXHIBIT D

## Table C-5.
## U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending June 30, 2005

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 217,478 | 9.7 | 49,963 | 7.0 | 143,591 | 9.6 | 20,326 | 13.0 | 3,598 | 21.8 |
| DC | 2,022 | 10.2 | 893 | 9.8 | 1,065 | 10.0 | 32 | 17.0 | 32 | 31.0 |
| 1ST | 5,564 | 9.7 | 1,889 | 8.6 | 2,587 | 8.6 | 928 | 14.7 | 160 | 24.6 |
| ME | 425 | 7.3 | 169 | 5.5 | 228 | 7.8 | 19 | 14.7 | 9 | - |
| MA | 2,697 | 9.2 | 1,156 | 9.2 | 1,110 | 7.5 | 354 | 14.5 | 77 | 30.7 |
| NH | 445 | 9.4 | 82 | 3.9 | 150 | 6.0 | 203 | 14.5 | 10 | 16.0 |
| RI | 550 | 9.6 | 91 | 4.6 | 234 | 7.5 | 201 | 11.6 | 24 | 21.0 |
| PR | 1,447 | 12.8 | 391 | 10.3 | 865 | 11.5 | 151 | 17.7 | 40 | 26.7 |
| 2ND | 18,547 | 10.3 | 6,344 | 8.2 | 9,348 | 9.4 | 2,489 | 15.2 | 366 | 28.7 |
| CT | 1,996 | 10.6 | 1,325 | 8.3 | 555 | 14.0 | 46 | 22.4 | 70 | 32.0 |
| NY,N | 1,095 | 13.4 | 234 | 7.4 | 561 | 10.6 | 263 | 16.0 | 37 | 27.0 |
| NY,E | 5,445 | 11.7 | 828 | 6.8 | 3,735 | 11.4 | 781 | 19.8 | 101 | 33.5 |
| NY,S | 8,409 | 8.5 | 3,537 | 8.8 | 3,518 | 7.1 | 1,222 | 12.0 | 132 | 19.8 |
| NY,W | 1,275 | 11.9 | 380 | 6.1 | 706 | 10.2 | 174 | 19.9 | 15 | 43.0 |
| VT | 327 | 7.5 | 40 | 4.9 | 273 | 8.1 | 3 | - | 11 | 27.0 |
| 3RD | 26,213 | 3.1 | 4,593 | 5.4 | 18,706 | 1.0 | 2,563 | 12.5 | 351 | 22.5 |
| DE | 1,142 | 10.6 | 143 | 7.2 | 954 | 10.4 | 8 | - | 37 | 34.0 |
| NJ | 5,446 | 7.8 | 1,821 | 6.0 | 2,107 | 5.4 | 1,465 | 13.1 | 53 | 27.0 |
| PA,E | 15,486 | 1.0 | 1,222 | 5.5 | 13,196 | 1.0 | 914 | 11.3 | 154 | 17.0 |
| PA,M | 1,659 | 7.6 | 575 | 4.4 | 938 | 7.4 | 92 | 16.4 | 54 | 23.0 |
| PA,W | 2,259 | 9.8 | 801 | 8.5 | 1,335 | 9.4 | 70 | 21.0 | 53 | 24.0 |
| VI | 221 | 20.0 | 31 | 5.5 | 176 | 21.3 | 14 | 22.5 | - | - |
| 4TH | 35,816 | 9.7 | 4,082 | 6.6 | 29,310 | 9.8 | 2,203 | 19.3 | 221 | 17.4 |
| MD | 3,500 | 8.1 | 1,440 | 8.6 | 1,803 | 7.3 | 214 | 14.4 | 43 | 24.7 |
| NC,E | 900 | 10.1 | 281 | 9.3 | 606 | 11.0 | 1 | - | 12 | 20.5 |
| NC,M | 734 | 11.1 | 213 | 7.9 | 324 | 12.2 | 187 | 14.3 | 10 | 19.0 |
| NC,W | 874 | 10.5 | 273 | 7.5 | 517 | 10.5 | 74 | 14.5 | 10 | 25.0 |
| SC | 22,897 | 9.0 | 336 | 6.8 | 21,367 | 9.0 | 1,142 | 46.7 | 52 | 21.4 |
| VA,E | 3,260 | 5.1 | 1,190 | 4.3 | 1,468 | 5.8 | 538 | 7.3 | 64 | 10.3 |
| VA,W | 931 | 9.8 | 184 | 8.5 | 709 | 9.0 | 20 | 11.5 | 18 | 14.0 |
| WV,N | 500 | 12.1 | 105 | 9.0 | 374 | 12.9 | 16 | 14.8 | 5 | - |
| WV,S | 2,220 | 19.1 | 60 | 6.0 | 2,142 | 19.1 | 11 | 20.0 | 7 | - |