IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>TECHNOLOGY RESEARCH CORPORATION,<br>Defendant. | Civil Action No. 06-212-T-DLM |

**OBJECTION OF TOWER MANUFACTURING CORPORATION TO DEFENDANT'S MOTION TO STAY THIS ACTION**

Now comes the Plaintiff, Tower Manufacturing Corporation ("Tower") and hereby objects to the Motion of the Defendant, Technology Research Corporation ("TRC") to Stay this Action. In support of this Objection, Tower is filing an accompanying Memorandum entitled "PLAINTIFF TOWER'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION TO STAY THIS ACTION".

WHEREFORE, Tower respectfully requests that the Motion of TRC to Stay This Action be denied.

Respectfully Submitted,

/s/ Bruce W. Gladstone
Bruce W. Gladstone #2643
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

Dated: October 27, 2006

John J. Cotter
(*admitted pro hac vice*)
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Larissa S. Bifano
(*admitted pro hac vice*)
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Fax: (617) 261-3175

G:\pec\SHALO-TOWER 28123\Technology Research Corp\Pleadings\Objection to Motion to Stay.doc

# CERTIFICATION

The undersigned hereby certifies that on the 27th day of October, 2006, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| William R. Grimm, Esquire<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903 | Mitchell R. Edwards, Esquire<br>Hinckley, Allen & Snyder, LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903 |
| | |

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

| | |
|---|---|
| William C. Bergmann, Esquire<br>Baker & Hostetler LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue NW<br>Washington, DC 20036 | John J. Cotter, Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 |
| | |
| Conrad J. DeWitte, Esquire<br>Baker & Hostetler, LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue NW<br>Washington, D.C. 20036 | Larissa S. Bifano, Attorney at Law<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>One Lincoln Street<br>Boston, MA 02111 |

/s/ Bruce W. Gladstone