IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v.

TECHNOLOGY RESEARCH CORPORATION,

Defendant.

Civil Action No. 06-212-T-DLM

**TOWER'S MOTION REQUESTING LEAVE TO FILE A REPLY FOR THE PURPOSE OF CORRECTING A MISSTATEMENT OF MATERIAL FACT BY TRC CONTAINED IN ITS REPLY MEMORANDUM**

Tower moves, pursuant to Local Rule 7, for leave to file a reply memorandum to TRC's Reply to Tower's Memorandum in Support of Its Objection to Defendant's Motion to Stay This Action ("Reply"). Tower requests such leave in order to correct a misstatement of material fact by TRC in its Reply regarding Tower's practice of the 5,943,199 patent. Attached hereto and incorporated herein for the purpose of allowing this Honorable Court to note the brevity of the Reply Memorandum for which the leave to file is hereby requested, is a copy of Plaintiff's Reply Memorandum without Exhibit.

Dated: November 16, 2006

Respectfully Submitted,

/s/ Bruce W. Gladstone
Bruce W. Gladstone #2643
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

John J. Cotter
(*admitted pro hac vice*)
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Larissa S. Bifano
(*admitted pro hac vice*)
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Fax: (617) 261-3175

G:\pec\SHALO-TOWER 28123\Technology Research Corp\Mot for Leave to File Reply.doc

CERTIFICATION

The undersigned hereby certifies that on the 17th day of November, 2006, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>Phone: 401-274-2000<br>Facsimile: 401-277-9600<br>wgrimm@haslaw.com | Mitchell R. Edwards, Esquire<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903<br>Phone: 401-274-2000<br>Fax: 401-277-9600<br>medwards@haslaw.com |
| | |

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

| | |
|---|---|
| William C. Bergmann, Esquire<br>Baker & Hostetler LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | Conrad J. DeWitte, Esquire<br>Baker & Hostetler LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 |
| | |
| John J. Cotter, Esquire<br>Kirkpatrick & Lockhart Nicholson<br>Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | Larissa S. Bifano, Attorney at Law<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 |

/s/ Bruce W. Gladstone