IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>TECHNOLOGY RESEARCH CORPORATION,<br>Defendant. | Civil Action No. 06-212-T-DLM |

**<u>TOWER'S REPLY TO TRC'S REPLY TO TOWER'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION TO STAY THIS ACTION ON THE ISSUE OF TOWER'S PRACTICE OF THE '199 PATENT</u>**

Tower files this limited reply in order to address an inaccuracy in TRC's Reply to Tower's Memorandum in Support of Its Objection to Defendant's Motion to Stay This Action ("TRC Reply", Docket No. 26). TRC alleges in its Reply that "Tower does not appear to even manufacture a product that practices the '199 patent." (TRC Reply at p. 4-5). However, in Plaintiff Tower Manufacturing Corporation's Responses to Defendant's First Set of Interrogatories (Nos. 1-17) (attached as Exhibit A), Tower affirmatively states that Tower does indeed practice the patented invention.

TRC's Interrogatory No. 7 asked for a listing of devices manufactured by Tower that practice the "subject matter shown, described, or claimed in the '199 patent." (Exhibit A, p. 12). Tower responded by noting that it manufactured "several current leakage detection devices. Some of these devices include but are not limited to devices known by catalog numbers 30311, 30312 30350, 30351, 30352, 30353, 30354, 30358, 30360, 30361, 30365, 30366, 30367, 30368, 30369, 30370, 30371, 30371, and 30373." (Exhibit A, p. 13).

Perhaps this response was not clear enough for TRC, as Tower did not specifically state that these devices embody the invention as claimed by the 5,943,199 patent ("the '199 patent"). However, any ambiguity as to whether or not Tower manufactures a device covered by the '199 patent is resolved by Tower's answer to the next Interrogatory. TRC's Interrogatory No. 8. TRC asked for the date of first manufacture by Tower of a device covered by the '199 patent. Tower responded that "a device practiced in accordance with any of the subject matter shown, described, or claimed in the '199 patent was first manufactured on or about July 1997." (Exhibit A, p. 13)

Tower's response to TRC's Interrogatory No. 8 unambiguously indicated that Tower does indeed manufacture at least one device covered by the '199 patent and has been manufacturing devices covered by the '199 patent since 1997. Therefore, TRC erroneously stated in its Reply that Tower did not practice the '199 patent.

Dated: November 16, 2006

Respectfully Submitted,

/s/ Bruce W. Gladstone
Bruce W. Gladstone #2643
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

John J. Cotter
(*admitted pro hac vice*)
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Larissa S. Bifano
(*admitted pro hac vice*)
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Fax: (617) 261-3175

G:\pec\SHALO-TOWER 28123\Technology Research Corp\Reply to Motion to Stay.doc

CERTIFICATION

The undersigned hereby certifies that on the 17th day of November, 2006, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>Phone: 401-274-2000<br>Facsimile: 401-277-9600<br>wgrimm@haslaw.com | Mitchell R. Edwards, Esquire<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903<br>Phone: 401-274-2000<br>Fax: 401-277-9600<br>medwards@haslaw.com |
| | |

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

| | |
|---|---|
| William C. Bergmann, Esquire<br>Baker & Hostetler LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | Conrad J. DeWitte, Esquire<br>Baker & Hostetler LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 |
| | |
| John J. Cotter, Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | Larissa S. Bifano, Attorney at Law<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 |

/s/ Bruce W. Gladstone