UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v.

TECHNOLOGY RESEARCH CORPORATION,

Defendant.

Civil Action No. 06-212-T-DLM

Hon. Ernest C. Torres

**NOTICE OF DEVELOPMENT IN PARALLEL PROCEEDINGS BEFORE THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Defendant Technology Research Corporation ("TRC") hereby notifies the Court that the United States Patent and Trademark Office ("USPTO") has granted the requested ex parte reexamination of plaintiff's U.S. Patent Number 5,943,199 (the patent in suit). The order from the USPTO has been attached hereto as Exhibit A. On October 10, 2006, TRC filed a motion with this Court for entry of an order staying this action pending the outcome of a reexamination proceeding which has been requested for the patent in suit. This Request for Reexamination of the '199 patent was filed by TRC on October 6, 2006, and has now been granted by the United States Patent and Trademark Office. TRC believes that the order granting the request for ex parte reexamination is relevant to the Court's decision regarding whether to issue an order staying this action. Defendant has discussed this matter with Tower's counsel and Tower's counsel does not oppose this notice.

Respectfully submitted,

Date: November 30, 2006

By: /s/ Mitchell R. Edwards

William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
HINKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: 401.274.2000
Facsimile: 401.277.9600
wgrimm@haslaw.com
medwards@haslaw.com

William C. Bergmann
Kenneth Sheehan
Conrad J. DeWitte, Jr.
BAKER & HOSTETLER LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Phone: 202.861.1500
Facsimile: 202.861.1783
wbergmann@bakerlaw.com
ksheehan@bakerlaw.com
cdewitte@bakerlaw.com

Attorneys for Defendant, TECHNOLOGY RESEARCH CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, a copy of the foregoing Notice of Development in Parallel Proceedings Before the United States Patent and Trademark Office was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mitchell R. Edwards