# Exhibit A

**to**

**TRC'S NOTICE OF DEVELOPMENT IN PARALLEL PROCEEDINGS BEFORE THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**Order Granting Request for Ex Parte Reexamination**

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

11/21/06

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

WILLIAM C. BERGMANN

BAKER & HOSTETLER LLP

1050 CONNECTICUT AVENUE NW, SUITE 1100

WASHINGTON, DC 20036

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO 90/008267

PATENT NO. 5,943,199

ART UNI 3993

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a replly has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,267 | 10/06/2006 | 5943199 | 77237.00002 | 5814 |

7590 11/21/2006

KRIEGSMAN & KRIEGSMAN
883 EDGELL ROAD
FRAMINGHAM, MA 01701

| EXAMINER | |
|---|---|
| | |
| ART UNIT | PAPER NUMBER |

DATE MAILED: 11/21/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

| ***Order Granting / Denying Request For Ex Parte Reexamination*** | **Control No.** 90/008,267 | **Patent Under Reexamination** 5943199 | |
|---|---|---|---|
| | **Examiner** Margaret Rubin | **Art Unit** 3992 | |

***--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

The request for *ex parte* reexamination filed 06 October 2006 has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892, b)☒ PTO/SB/08, c)☐ Other: _____

1. ☒ The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐ The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a) ☐ by Treasury check or,

b) ☐ by credit to Deposit Account No. _____, or

c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Margaret Rubin
Primary Examiner
Art Unit: 3992

cc:Requester ( if third party requester )

## DECISION GRANTING *EX PARTE* REEXAMINATION

### Summary

Substantial new questions of patentability affecting claims 1-7 of United States Patent No. 5,943,199 (hereafter "the base patent") are raised by the following references:

1.) United States Patent No. 5,406,436 to Doyle et al (hereafter "Doyle");

2.) Raytheon Semiconductor, 1994 Databook, 1993, pp. 3-823 through 3-828, Raytheon Company Semiconductor Division (hereafter "Raytheon");

3.) Solberg, Design Guidelines for Surface Mount Technology, 1990, pp. 1-19 and 77-81, Tab books, Inc, Blue Ridge Summit, Pennsylvania (hereafter "Solberg"); and

4.) Manko, Soldering Handbook for Printed Circuits and Surface Mounting, 1986, pp 169-218, Van Nostrand Reinhold Company, Inc, N.Y., N.Y. (hereafter "Manko").

### Issues Raised by the Request

The Requester asserts that the cited references raise substantial new questions of patentability regarding claims 1-7 when interpreted in the following manner:

1.) Claims 1-3 and 6 are rendered obvious by Raytheon and Solberg; and

2.) Claims 4, 5 and 7 are rendered obvious by Raytheon, Solberg and Doyle.

**Analysis**

Background:

The base patent issued from United States Patent Application No. 08/837,739 (hereafter "the base application"). Two non-final Office actions were issued for the base application - the first on February 10, 1998 and the second on October 5, 1998. The sole independent claim at that time, claim 1 as originally filed, required "said integrated circuit chip is mounted on the second side of said single-sided circuit board". In response to the first Office action received on August 18, 1998, Patent Owner amended claim 1 to require "and wherein said relay circuit and said transformer are mounted on the first

side". In the second Office action, claim 1 was again rejected. In a response received February 9, 1999, claim 1 was amended to more particularly recite the location of the integrated circuit chip and, the relay and transformer. A new independent claim, claim 12, was also presented that included similar language. A Statement of Reasons for Allowance mailed February 23, 1999 cited this feature, among others, as collectively creating a patentable distinction as compared to the prior art of record.

Thus, the record shows that locating an integrated circuit chip on the top surface of a single-sided circuit board, and a relay and transformer on the bottom surface of the single-sided circuit board are teachings which would raise a substantial new question of patentability (hereafter "SNQ") with respect to all the claims insofar as this limitation is particularly recited in both independent claims and, accordingly, implicitly carried by the dependent claims as well.

Issue 1

It is agreed that Raytheon and Solberg both raise an SNQ with regard to claims 1-7. Turning first to Solberg, it discloses utilizing both sides of a printed circuit board and further discloses criteria for deciding on which side elements

should be placed. Insofar as the prosecution history does reflect that such issues were among the reasons claims 1-7 were allowed, a reasonable examiner would consider it important to review Solberg.

With respect to Raytheon, the item-matching on pages 10-21 of the request at least facially suggests that Raytheon in combination with Solberg teaches a substantial number of claimed features, a reasonable examiner would consider Raytheon important in deciding whether or not claims 1-7 are patentable

Such teachings are not cumulative to any written discussion on the record of the teachings of the prior art, were not previously considered nor addressed during a prior examination and the same question of patentability was not the subject of a final holding of invalidity by Federal Courts.

<u>Issue 2</u>

As stated above, an SNQ is raised by Raytheon and Solberg. It is also agreed that Doyle raises an SNQ regarding claims 4, 5 and 7. Insofar as the item-matching on pages 15-21 of the request at least facially suggests that Doyle in combination with Raytheon and Solberg teach a substantial number of claimed

features, a reasonable examiner would consider Doyle important in deciding whether or not claims 1-7 are patentable

Such teachings are not cumulative to any written discussion on the record of the teachings of the prior art, were not previously considered nor addressed during a prior examination and the same question of patentability was not the subject of a final holding of invalidity by Federal Courts.

Manko

Manko is seen to raise an SNQ with respect to claims 1-7 although Requester did not allege that the claims should be rejected with reliance thereon. However, as pointed out on pages 9 and 10 of the request, Manko does discuss mounting components on both the top and bottom of a single circuit board. Insofar as the prosecution history does reflect that such issues were among the reasons claims 1-7 were allowed, a reasonable examiner would consider it important to review Manko.

Such teachings are not cumulative to any written discussion on the record of the teachings of the prior art, were not previously considered nor addressed during a prior examination and the same question of patentability was not the subject of a final holding of invalidity by Federal Courts.

## ***Conclusion***

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the base patent throughout the course of this reexamination proceeding. The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

Please mail any communications to:

Mail Stop "Ex Parte Reexam"

Attn: Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450

Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:

Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Margaret Rubin
Primary Examiner
Central Reexamination Unit 3992
(571) 272-1756

conferees:

PTO/SB/08a (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 1 of 2

| Complete if Known | |
|---|---|
| Application Number | 90/008 267 |
| Filing Date | 10/6/06 |
| First Named Inventor | Victor V. Aromin |
| Art Unit | 3992 |
| Examiner Name | Rubin |
| Attorney Docket Number | 77237.00002 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| MR | | US- 5943199 | Aug 24, 1999 | Aromin | Fig. 1, Fig. 2, Fig. 3 |
| MR | | US- 5406436 | April 11, 1995 | Doyle, et al. | Fig.1,9,11,12 |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | [signature] | Date Considered | 11/8/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08b (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 90/008267 |
| | Filing Date | 10/6/06 |
| | First Named Inventor | Victor V. Aromin |
| | Art Unit | 3992 |
| *(Use as many sheets as necessary)* | Examiner Name | Rubin |
| Sheet 2 of 2 | Attorney Docket Number | 77237.00002 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MR | | RAYTHEON SEMICONDUCTOR, 1994 Databook, 1993, 3-823--3-828, Raytheon Company Semiconductor Division, U.S.A. | |
| MR | | VERN SOLBERG, Design Guidelines for Surface Mount Technology, 1990, 1-19 & 77-81, TAB BOOKS, INC., ~~Blue Ridge Summit, Pennsylvania.~~ | |
| MR | | HOWARD H. MANKO, Soldering Handbook for Printed Circuits and Surface Mounting, 1986, 169-218, Van Nostrand ~~Reinhold Company, Inc., New York, New York.~~ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | [signature] | Date Considered | 11/8/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*