IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v. Civil Action No. 06-212-T-DLM

TECHNOLOGY RESEARCH CORPORATION,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rules 41(a)(1)(ii) and 41(c), hereby stipulate to the dismissal of this action with prejudice, including all claims and counterclaims, each party to bear its own costs and expenses.

Dated: January 4, 2007

Respectfully Submitted,

/s/ William C. Bergmann
William C. Bergmann, Esquire
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue NW
Washington, DC 20036
wbergmann@bakerlaw.com
Tel: 202-861-1500
Fax: 202-861-1783

/s/ Bruce W. Gladstone
Bruce W. Gladstone #2643
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
bgladstone@cm-law.com
Tel: 401-331-5700
Fax: 401-331-5787

John J. Cotter
(*admitted pro hac vice*)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175
Email: john.cotter@klgates.com

Larissa S. Bifano
(*admitted pro hac vice*)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Fax: (617) 261-3175
Email: larissa.bifano@klgates.com

G:\pec\SHALO-TOWER 28123\TRC\Pleadings\Stipulation of Dismissal.DOC

CERTIFICATION

The undersigned hereby certifies that on the 4th day of November, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: 401-274-2000
Facsimile: 401-277-9600
wgrimm@haslaw.com

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600
medwards@haslaw.com

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

William C. Bergmann, Esquire
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: 202-861-1500
Fax: 202-861-1783
wbergmann@bakerlaw.com

Conrad J. DeWitte, Esquire
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue NW
Washington, D.C. 20036
Phone: 202-861-1500
Fax: 202-861-1783
cdewitte@bakerlaw.com

/s/ Bruce W. Gladstone